**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10067-STA-9 |
| RHONDA CARTER, ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

This cause came to be heard on February 9, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Rhonda Carter, appearing in person, and with counsel, Joseph Howell.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 29, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 9th day of February, 2018.

                                                  s/ S. Thomas Anderson
                                              CHIEF JUDGE, U. S. DISTRICT COURT