IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Docket No. 1:17-CR-10067-STA |
| | ) | |
| RHONDA CARTER, | ) | |
|     Defendant. | ) | |

## ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING

THIS cause came to be heard upon the motion of the Defendant, RHONDA CARTER, by and through appointed counsel, to continue the sentencing hearing in this case presently scheduled for Tuesday, May 29, 2018 at 11:00 a.m., and it appearing to the Court that a continuance is needed for good cause shown, the report date shall be continued from May 29, 2018 at 11:00 a.m., and will be rescheduled for Tuesday, August 14, 2018 at 10:00 a.m.

The period from May 29, 2018 through August 14, 2018, is excludable under 18 U.S.C.3161 (h)(8)(B)(iv) because the ends of justice is served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this the 22nd day of May, 2018.

                                      s/S. THOMAS ANDERSON
                                    S. THOMAS ANDERSON
                                    CHIEF UNITED STATES DISRICT JUDGE