IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Docket No. 1:17-CR-10067-STA |
| | ) | |
| RHONDA CARTER, | ) | |
|     Defendant. | ) | |

## ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING

THIS cause came to be heard upon the motion of the Defendant, RHONDA CARTER, by and through appointed counsel, to continue the sentencing hearing in this case presently scheduled for August 28, 2018 at 10:00 a.m., and it appearing to the Court that a continuance is needed for good cause shown, the report date shall be continued from August 28, 2018 at 10:00 a.m., and will be rescheduled for **Friday, September 7, 2018 at 10:30 a.m.**

IT IS SO ORDERED this the 23rd day of July, 2018.

                                        s/S. THOMAS ANDERSON
                                      S. THOMAS ANDERSON
                                      CHIEF UNITED STATES DISRICT JUDGE