IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Docket No. 1:17-CR-10067-STA |
| | ) |
| RHONDA CARTER, | ) |
|     Defendant. | ) |

## ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING

THIS cause came to be heard upon the motion of the Defendant, RHONDA CARTER, by and through appointed counsel, to continue the sentencing hearing in this case presently scheduled for September 7, 2018 at 10:30 a.m., and it appearing to the Court that a continuance is needed for good cause shown, the report date shall be continued from September 7, 2018 at 10:30 a.m., and will be rescheduled for Tuesday, October 30, 2018 at 9:00 a.m.

IT IS SO ORDERED this the 24th day of August, 2018.

                                                          s/S. THOMAS ANDERSON
                                                          S. THOMAS ANDERSON
                                                          CHIEF UNITED STATES DISRICT JUDGE